IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Shawn Terrence Nelson, # 307710, ) | C/A NO.  0:08-848-CMC-MAGCIV |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Jeanne Kelly; Alton Hice; Naomi Lancaster; ) | |
| Germel Coard; Pamela Taylor; Mary ) | |
| Dorsey; Chris Broach; Rayshon Foster; ) | |
| Anthony Littlejohn; George Guyton; ) | |
| Edward Evans; and Joseph Zeegler, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to a United States Magistrate Judge of this district for pre-trial proceedings and a Report and Recommendation ("Report").  On September 16, 2008, Magistrate Judge Joseph R. McCrorey issued a Report recommending that Defendants Foster, Littlejohn, and Guyton be dismissed from this matter without prejudice and without issuance and service of process.  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  Plaintiff has filed no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976).  The court is charged with making a *de novo*

determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order. Defendants Rayshon Foster, Anthony Littlejohn, and George Guyton are dismissed from this action without prejudice and without issuance and service of process.

This matter shall be recommitted to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

> s/ Cameron McGowan Currie
> CAMERON McGOWAN CURRIE
> UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 7, 2008

C:\Documents and Settings\arh47\Local Settings\Temp\notes6030C8\08-848 Nelson v. Kelly adopt rr part sum dism.wpd

2